810

Committee, and *Max Goldweber* for the Wage Claimants, respondents.

No. 242. INTER-STATE NATIONAL BANK OF KANSAS CITY *v.* LUTHER, TRUSTEE. On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit. Motion to add the First National Bank of Kansas City as a party petitioner granted. Petition for writ of certiorari granted. *Frank H. Terrell* for petitioner and the First National Bank of Kansas City. *John F. Eberhardt* for respondent.

No. 307. PURITAN CHURCH ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. Motion for disqualification of certain Justices denied. Motion for appointment of a Commissioner denied. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Petitioners *pro se. Solicitor General Sobeloff* and *Assistant Attorney General Holland* for respondent.

No. 67, Misc. CARPENTER *v.* HARLEM VALLEY STATE HOSPITAL ET AL.;
No. 70, Misc. GUNTER *v.* EIDSON, WARDEN; and
No. 96, Misc. MARSH *v.* MAILER ET AL., MEMBERS OF BOARD OF PAROLE, STATE OF NEW YORK. Motions for leave to file petitions for writs of habeas corpus denied.